United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ASIF ABBAS AND SYEDA HIRA HAIDER,** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-04805** |
| | § | |
| **U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,** | § | |
| | § | |
| ***Defendants*.** | § | |

**ORDER**

The Parties in this case filed a Stipulation of Dismissal, stipulating that all claims asserted against Defendants in the above-styled action be dismissed with prejudice. ECF No. 12. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action and all claims asserted in this action are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 18th day of November, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE